United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN E. PATTERSON,<br>       Plaintiff,<br>   v.<br>G. MATTESON,<br>       Defendant. | Case No. 21-cv-07391 BLF (PR)<br><br>**JUDGMENT** |

    The Court has dismissed all claims against Defendant and granted his motion for summary judgment.  Judgment is entered in favor of Defendant.

    The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated: \_\_\_August 30, 2022_____**

                                                       BETH LABSON FREEMAN<br>
                                                       United States District Judge

Judgment
PRO-SE\BLF\CR.21\07391Patterson_judgment